FILED
JUL 0 2 2013
Clerk, U.S. District Court
District Of Montana
Great Falls

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 13-40-GF-DLC-RKS |
| Plaintiff, | FINDINGS RECOMMENDATION CONCERNING PLEA |
| vs. | |
| EDWARD HENRY PRATT aka Edward Young Running Crane, | |
| Defendant. | |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of Felon In Possession Of A Firearm in violation of 18 U.S.C. §922(g)(1), as set forth in the Indictment. Defendant further agrees to the forfeiture of a Savage/Springfield model 67 series E., 12 gauge, pump-action shotgun (serial number : C445712) as specified in the Plea Agreement. In exchange for Defendant's plea, the United States has agreed to dismiss counts I, II, and III of the Indictment previously filed in this matter.

After examining the Defendant under oath, I have made the following determinations:

1. That the Defendant is fully competent and capable of entering an

informed and voluntary plea to the criminal counts charged against him, and an informed and voluntary admission to the allegation of forfeiture;

2. That the Defendant is aware of the nature of the charges against him and the consequences of pleading guilty to the charges;

3. That the Defendant understands the allegation of forfeiture and the consequences of admitting to the allegation;

4. That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty to the criminal counts charged against him, and admitting to the allegation of forfeiture;

5. That both his plea of guilty to the criminal counts charged against him and his admission to the allegation of forfeiture are knowingly and voluntarily entered, and are both supported by independent factual grounds sufficient to prove each of the essential elements of the criminal counts charged and the legal basis for the forfeiture.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of the criminal charges set forth in the Indictment, and that sentence be imposed. I further recommend the agreed forfeiture be imposed against Defendant. Finally, I

recommend that Counts I, II, and III of the Indictment be dismissed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report.**

DATED this 2nd day of July, 2013.

Keith Strong
United States Magistrate Judge